# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

LEONTYNE MORRIS WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0871

———————————————

December 5, 2025

Appeal from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.

Leontyne Morris Walker, pro se.

Blair Allen, Public Defender, and Maura J. Kiefer, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.


———————————————

Opinion subject to revision prior to official publication.